

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

| Defendant: | **Star Measurement Sales and Service, Inc.** |
|---|---|
| Bankruptcy Case: | **Fieldwood Energy LLC** |
| Preference Period: | **May 5, 2020 - Aug 3, 2020** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $25,136.96 | 5/29/2020 | 33932 | 1/2/2020 | $25,136.96 |
| **Totals:** | | 1 transfer(s), | $25,136.96 | | | | |